UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


ROY OWENS
Plaintiff

v.

William Francis Galvin, Secretary of the Commonwealth;Election Division,
John Donovan, Chairman of the Board of Election Commission,
City of Boston, Board of Election commission,City of Boston and et al.,

Defendant

CIVIL ACTION

NO._____

## PLAINTIFF MOTION FOR PRELIMINARY INJUNCTION COMPLAINT OF FRAUD, DECEPTION AND VIOLATION OF PLAINTIFF CIVIL RIGHT'S

Now comes the Plaintiff in the above entitled matter . The Plaintiff objects to the Commonwealth of Massachusetts claiming it could not Certify candidate nomination papers because they did not have the required information and can not be counted. Plaintiff objects to the City of Boston not certifying Candidate Roy A. Owens Nomination papers for State Representative for the 5th Suffolk District, because they claimed plaintiff voted in the March Presidential Primary, Plaintiff loose all his right's to participate as an Independent , Republican, Democrat or any or way. DISCOURAGING THROUGH STATE PARTY manipulate MAKING SUCH APPLICATION THROUGH FALSE APPLICATION, FALSE STATEMENTS

### PARTIES

1. My name is Roy Owens, I live at 6 Woodville Street, Boston Massachusetts, located in Suffolk County.

2. John Donovan Jr in charge of the Board of Election Commission of Boston and he responsible for the day to day activities of Board of Registrars or Election Commission . City Hall Plaza, Boston, Ma. 02201 located in Suffolk County, Massachusetts..

3. The Defendant , Boston Election Department, election Commission, is the agency in the City of Boston exists under a charter issued by the Commonwealth of Massachusetts and having a usual place of business at City Hall Plaza, Boston, Ma. 02201 Suffolk County, Massachusetts. and can also be sued under the disability act.

A. William Francis Galvin is the Secretary of the Commonwealth of Massachusetts in charge of the Election

Division and he responsible for the day to day activities of the Commonwealth of Massachusetts Election Division.

B. The Commonwealth of Massachusetts Election is a Corporation created under state law and is also a artificial person created under state law.

C. As a corporation it has right , such as; freedom of speech, own real estate in it own name,responsible for tort if the harm is with in the scope or authority of it employee, it can sue and can be sued. also under the disability act.

D. William Francis Galvin is the Commonwealth of Massachusetts Department Secretary of State and head of the Election Division for caring out all it business relation to Nomination Petition.

ATTORNEY FOR DEFENDANT:

Att; Michelle K. Tassinari
Legal Counsel
Elections Division
One Ashburton Place, 17th Floor
Boston Massachusetts 02108
617 -727-2828 or 1800-462-Vote (8683)
Website: www.state.ma.us/sec/ele - e-mail election@sec.state.ma.us

4. The Office of Campaign and political finance, One ashburton Place, Room 411, Boston, Ma 02108. They are Located in Suffolk County, Telephone (617) 727-8353 or 1-800-462-OCPF.

## JURISDICTION

5. This court has Jurisdiction over this matter pursuant to 42 U.S.C. SECTION 1994 AND 28 U.S.C.Section 1331. the plaintiff has right to due process and equal protection of the laws. Also see Shapiro v. Thompson 394 U.S. 618,619 s.7c. "where at issue, that provision, insofar as it permits the one-year waiting period, would be unconstitutional, as congress may not authorize the states to violate the equal protection clause".

6. In U.S. Court of appeal Griffin Vs. burns cite as 570 f. 20 1066(1978) s. 8 Civil Rights (13.3(2) Judge Leven. Campbell quote" If the election process it self reaches the point of patent and fundamental unfairness, a violations of the due process clause may be indicated and relief available under federal civil right state prescribing a deprivation of rights, 42. USCA" 1983; U.S.C.A. CONST. AMEND. 14.

7. Violation of Plaintiff unalienable right to enjoy , defend and seek and obtain, etc., under Federal and Mass Article I, and 2, Mass. Amendments, art CVI. Mass. Article 9 equal right to elective office and Mass Article 16 as the candidate who run for generate more press than any organized news paper, those who run for office are the press and their liberty ought not to be restrained in this commonwealth. Violation of Mass const. article 30 Ch 1, Only General Court make Law.

8. See also Chapter 93A §1 & 2, Chapter 12 § 111, Chapter 93A . Section 101 entitled "Waiver of Certain Consumer Rights Prohibited" Title 42 Sections 1981, 1983, 1985 (3), 1986. and U.S.C. section 1331 and Supreme Judicial court rule would be Irving Fisherman v. Larimore S. Brooks, 487 N.E. 1377, 396 Mass. 643 (S.Ct. 1986), Mcclan v. Fuller, 226 Mass. 374, 377-378 (1917), Rodriguez, v Horton, 95 N.M. 356, 360 (Ct. App. 1980), et cera,. The plaintiff has a right to due process and equal protection of the laws.

## STATEMENT OF CASE

9. Plaintiff Owens took out nomination papers for State Representative for the 5th Suffolk District. Plaintiff Collected 498 signatures from neighbors and friend's and after turning in his signatures was told by the Board of Registrars or Election Commission it could not ISSUE PLAINTIFF REGISTRATION CERTIFICATE, because he had broken his Independent status by voted in the Presidential primary in March and not eligible to run an Independent or in any other party as a candidate.

10. The State Election Division, under William F. Galvin Secretary of the Commonwealth State Plaintiff nomination papers did not have the required information on them and in addition the papers also needed the VOTER REGISTRATION CERTIFICATE.

11. The right of Plaintiff to have all his Nomination papers counted, as they have clearly identifiable reference to the City of Boston. (exhibit 5-11) M.G.L. c.53§45. Every nomination paper shall state in addition to the name of the candidate, (1) his resident with the street and number thereof, if any. Plaintiff meet these requirement as his name, street, number and zip code, there is no other city in the world with 02119 zip code. by during this Plaintiff have meet the statutory requirement. Only the General court has the right to change the law. const 30.

12. Right of all Nomination papers in (Exhibit 1-4) to be counted, as the political designation is not required. ( the caption below the Political designation read you may write word of expression,) The Defendant acknowledge that they do not require ALL Independent to write in the area desinated POLITICAL DESIGNATION. The defendant can if you don't put any thing in the space it call unenrolled and if you write something in the desinated it call Independent. however the are the same no party . (See exhibit 12)

1 3. The Defendant claim that Plaintiff is in eligible to receive VOTER REGISTRATION CERTIFICATE because he voted in the March 2, 2004 Presidential Primary, yet if you are rich you can vote in the Presidential Primary and still qualify to run in in a party. This is clearly discrimation because, the only people who are denied access to the ballot are poor people, who can't even afford to run the district and county offices. whereas, if you have money and you are running for Federal and Statewide office you are protected the same Day of the Presidential Primary is the last

day to enter a part and no weather you are aware that you are support to Have the Election Commission of Boston Certify Plaintiff or order the William Francis Galvin, Secretary of the Commonwealth to place Plaintiff name on Ballot. See Exhibit (13).

14. For the above reasons as well as the reasons set forth in the attached memorandum of law in support, this Honorable Court should allow the Plaintiff Motion.

15.) Remedies could be sought for impact rule - "intentional infliction of emotional distress, " "negligent infliction of emotional distress, " just to mention a few. The situationalistic nature of law should be revisited. It had been general notion that one's signature to anything meant that one had to live by the terms. Nonetheless, it was not so central to the M.G.L.c. 93A which vitiated any unconscionable contract and precedented by **Holiday Universal, Inc. v. Haber** (App.. Div. 1990) 1990 Mass. App.. Div. 69

## COUNT I

(the Plaintiff re-alleges and thereby incorporates herein by reference paragraph 1-16 this complaint into Count I.)

17 As a result of the Boston Board of Election Commission, under John Donovan care he has refusal to issue a voter registration certificate to Plaintiff , therefore violated Plaintiff civil right's under the Article 1, 9 and 16 of the Massachusetts Declaration of Rights. and deny plaintiff equal access to the ballot. Defendants City of Boston, its agents, servant, or employees has denied Plaintiff Roy Owens equal protection under the law, causing much anger, stress and mental pain as well as time and money, which has prevented plaintiff from carrying out his usual activities.

## COUNT II

(the Plaintiff re-alleges and thereby incorporates herein by reference paragraph 1-16 this complaint into Count I I.)

18. As a result of the Boston Board of Election Commission, has refusal to issue a voter registration certificate to Plaintiff , therefore violated Plaintiff civil right's under the Article 1, 9 and 16 of the Massachusetts Declaration of Rights. and deny plaintiff equal access to the ballot. Defendants City of Boston, its agents, servant, or employees has denied Plaintiff Roy Owens equal protection under the law, causing much anger, stress and mental pain as well as time and money, which has prevented plaintiff from carrying out his usual activities.

## COUNT III

(the Plaintiff re-alleges and thereby incorporates herein by reference paragraph 1-16 this complaint into Count III.)

19. As a result of the William Francis Galvin, Secretary of the Commonwealth and the Election Division , has refusal

to issue a voter registration certificate and certifying Plaintiff nomination papers for the 5th district, therefore, violated Plaintiff civil right's under the Article 1, 9 and 16 of the Massachusetts Declaration of Rights. and deny plaintiff equal access to the ballot. Defendants City of Boston, its agents, servant, or employees has denied Plaintiff Roy Owens equal protection under the law, causing much anger, stress and mental pain as well as time and money, which has prevented plaintiff from carrying out his usual activities.

## CONCLUSION

WHEREFORE, Plaintiff Roy Owens pray that this Honorable Court, for the reason above Award;

1. The right of Plaintiff to have all his Nomination papers counted, as they have clearly identifiable reference to the City of Boston. (exhibit 5-11)

2. The right of all Plaintiff Nomination papers in (Exhibit 1-4) to be counted, as the political designation is not required. ( the caption below the Political designation read you may write word of expression,)

3. Plaintiff the right to have the Election Commission of Boston Certify Plaintiff Nomination papers or order William Francis Galvin, Secretary of the Commonwealth to place Plaintiff name on the Ballot.

4. Award fees and attorney fees and cost

5. Award judgment against the defendants for damages and such other relief as this Court deems just.

6. **The Plaintiff request motion to advance to trial without Jury.**

SIGNED UNDER THE PAINS PENALTIES OF PERJURY

Date: 5/28/04

ROY OWENS, Pro se
6 WOODVILLE ST.
ROXBURY, MA 02119
Tel- 617-541-4335

CC:
Att; Michelle K. Tassinari
Legal Counsel
Elections Division, 17th Floor
Boston Massachusetts 02108
617-727-2828 or 1800-462-Vote (8683)

and were served by hand to the ( PRO SE CLERK OF COURT- CIVIL ACTION / UNITED STATES DISTRICT COURT CLERK'S OFFICE/ SUITE 2300 / UNITED STATES COURTHOUSE / 1 COURTHOUSE WAY / BOSTON, MASSACHUSETTS 02210. TELEPHONE 3 617-748-9152.