UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROY OWENS
   Plaintiff

CIVIL ACTION

NO._____

v.

William Francis Galvin, Secretary of the Commonwealth; Election Division,
John Donovan, Chairman of the Board of Election Commission,
City of Boston, Board of Election commission, City of Boston and et al.,

   Defendant

## PLAINTIFF MOTION FOR PRELIMINARY INJUNCTION

Now comes the Plaintiff in the above entitled matter. The Plaintiff objects to the Commonwealth of Massachusetts claiming it could not Certify candidate nomination papers because they did not have the required information and can not be counted. Plaintiff objects to the City of Boston not certifying Plaintiff voter of certification papers for State Representative for the 5th Suffolk District, because they claimed plaintiff voted in the March Presidential Primary, Plaintiff loose all his right's to participate as an Independent, Republican, Democrat or any or way. DISCOURAGING THROUGH STATE PARTY manipulate MAKING SUCH APPLICATION THROUGH FALSE.

1. Plaintiff motion request this honorable to grant Plaintiff preliminary injunction until this matter can be heard as soon as possible.

SIGN UNDER THE PAINS PENALTIES OF PERJURY

2(?) DAY OF May 2004

ROY OWENS, Pro se
6 WOODVILLE ST.
ROXBURY, MA 02119
Tel- 541-4335

RECEIVED BY_____
SERVED BY_____

CC:
Att; Michelle K. Tassinari
Legal Counsel
Elections Division, 17th Floor
Boston Massachusetts 02108
617-727-2828  or  1800-462-Vote (8683)

and were served by hand to the ( PRO SE CLERK OF COURT- CIVIL ACTION / UNITED STATES DISTRICT COURT CLERK'S OFFICE/ SUITE 2300 / UNITED STATES COURTHOUSE / 1 COURTHOUSE WAY / BOSTON, MASSACHUSETTS 02210. TELEPHONE 3 617-748-9152.