UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROY OWENS                                    CIVIL ACTION
   Plaintiff
                                             NO._____
   V.

William Francis Galvin, Secretary of the Commonwealth;Election Division,
John Donovan, Chairman of the Board of Election Commission,
City of Boston, Board of Election commission,City of Boston and et al.,

   Defendant

---

Rule 9A Certificate of Service

---

I, the undersigned, do hereby certify that I have served an original and a copy of the within Complaint "Plaintiff Injunction, Motion for Expedited Hearing, Plaintiff Motion for Preliminary Injunction and Complaint of Fraud, Deception and Violation of Plaintiff Civil rgiht's " with Rule 9A regarding action by the _City of Boston Election Dpt_ directed to Defendant Council, at _Commuwin Weekly 7 mass Et_ on the ____day of May, 2004, together with a copy of this certificate including the following as notice:

1. Should you oppose this motion, you may serve an opposition within 10 days after service of the motion.

2. Should you prepare an opposition and serve same with the aforesaid ten days, you must do so on each plaintiff as well as on the defendant.

3. In the that event, you must serve on the Plaintiff's, as the moving party, an original and a copy of the opposition and any supporting memo, affidavit, or document.

4. Upon receipt of the opposition and accompanying documents, if any, the Plaintiff, shall then physically attach the original of the opposition and associated documents to the original motion, and shall then file within the time required by the rule the entire package of motion memorandum in support of same, and opposition and supposing document, with the Clerk together with a separate document listing the title of each item filed.

5. If the Plaintiff, as moving party, does not receive an opposition within three business days after the expression of the time permitted for service of the opposition, then the Plaintiff shall file with the clerk the motion and other documents initially served on the other parties with an affidavit of compliance and of receipt of no opposition in a timely fashion.

SIGN UNDER THE PAINS PENALTIES OF PERJURY

28 DAY OF May 2004

R. OWENS, Pro se
6 WOODVILLE ST.
ROXBURY, MA 02119
Tel- 541-4335

RECEIVED BY_____
SERVED BY_____

CC:
Att; Michelle K. Tassinari
Legal Counsel
Elections Division, 17th Floor
Boston Massachusetts 02108
617-727-2828 or 1800-462-Vote (8683)

and were served by hand to the ( PRO SE CLERK OF COURT- CIVIL ACTION / UNITED STATES DISTRICT COURT CLERK'S OFFICE/ SUITE 2300 / UNITED STATES COURTHOUSE / 1 COURTHOUSE WAY / BOSTON, MASSACHUSETTS 02210. TELEPHONE 3 617-748-9152.