

# The Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Elections Division

May 19, 2004

Roy A. Owens
6 Woodville Street
Boston, Massachusetts 02114

Dear Mr. Owens:

I am writing to confirm that certified signatures contained on certain nomination papers for the office of State Representative in the 5th Suffolk Representative District filed on May 14, 2004, were not accepted. You submitted twenty-three (23) sheets containing a total of two hundred and fourteen (214) certified signatures.

General Laws chapter 53, section 8, mandates that all nomination papers "shall, in addition to the names of candidates, specify as to each, (1) **his residence**, with street and number, if any, (2) the office for which he is nominated, and (3) . . . **the political designation**, if any, which he represents, expressed in not more than three words. This information, in addition to the district name or number, if any, shall be specified on the nomination paper before any signatures of a purported registered voter is obtained and the circulation of nomination papers without such information is prohibited." G. L. c. 53, § 8 (2000 ed.) (emphasis added).

Of those nomination papers submitted, eight (8) papers, containing a total of sixty-nine (69) certified signatures, failed to include the city or town of your residence. Additionally, on three nomination papers, containing a total of seventeen (17) certified signatures, you fail to list your political designation as "Independent," as it appears on the remainder of your nomination papers.

As stated above, General Laws chapter 53, section 8, requires certain information be stated on such paper before gathering signatures. Accordingly, only certified signatures contained on those nomination papers that contain the required information can qualify toward ballot placement.

Roy A. Owens
Page Two
May 19, 2004

Therefore, this office rejected a total of seventy-nine (79) certified signatures contained on such papers, pursuant to the strict reading of the G. L. c. 53, § 8, given in Garrison v. Merced, 33 Mass. App. Ct. 116 (1992) (when a statute is clear and unambiguous, its plain language must be given effect) and Sholley v. Secretary of the Commonwealth, 59 Mass. App. Ct. 121 (2002) (requiring the name of the city or town of candidate's residence, in addition to the street name and number to be included on nomination papers).

As a result, the total number of certified signatures filed for the political designation "Independent" is one hundred and eighteen (118), a number insufficient for ballot placement. The required number of certified signatures for the office of state representative is one hundred fifty (150), which must be submitted on nomination papers that comply with the mandates of state election laws. Therefore you do not have the required number of signatures for your name to appear on the ballot. Additionally, you have not filed a certificate of voter registration as required by General Laws chapter 53, sections 6 and 9. See G. L. c. 53, §§ 6, 9 (2000 ed.) (requiring non-party candidates to file certificate of voter registration from the local election officials where the candidate is a registered voter stating that the candidate has not been an enrolled member of any political party throughout the ninety days prior to the filing deadline with the Secretary of the Commonwealth.)

I have enclosed copies of your nomination papers for your review. Additionally, please note that although you do not qualify to have your name printed on the ballot, you may still pursue a write-in or sticker campaign. I have enclosed a pamphlet containing such information.

Very truly yours,

Michelle K. Tassinari
Legal Counsel
Elections Division

Enclosures

From State:

*[Handwritten at top: "From State, Candidate's Guide to the 2004 State Election"]*

# Candidate's Guide to the 2004 State Election

## Definitions

| | |
|---|---|
| **Congress** | A term used to describe the United States Senate and House of Representatives. |
| **County Office** | A public office that is filled by a vote of the registered voters in all or part of one or more counties. |
| **District Office** | A public office filled by a vote of the registered voters within a particular district of the state. District offices include Governor's Councillors, State Senators and State Representatives. |
| **Election** | An event during which registered voters choose people to fill public offices and vote on ballot questions, where applicable. |
| **Federal Office** | A public office filled at state elections, held in November of even numbered years, by a vote of the registered voters throughout the state or within a particular district of the state. Federal offices include President, United States Senator and United States Representative. |
| **Nomination Paper** | An official document which must be circulated for the signatures of registered voters and thereafter be properly filed before a candidate's name may be printed on the ballot. |
| **Non-party Candidate** | A candidate who is not enrolled in any political party, and who files nomination papers to appear directly on the November general election ballot. Such a candidate is sometimes referred to as an "unenrolled," "independent," "minor party," or "political designation" candidate. |
| **Party Candidate** | A candidate who is an enrolled member of a recognized political party. Currently there are four recognized political parties in Massachusetts—Democratic, Republican, Libertarian and Green-Rainbow Party. |
| **Primary** | An election in which registered voters nominate party candidates: Democratic, Republican, Libertarian or Green-Rainbow Party. The names of the winning Democratic, Republican, Libertarian and Green-Rainbow Party candidates will appear on the November general election ballot. |
| **Statewide Office** | A public office filled by a vote of the registered voters throughout the state. Statewide offices includes Governor, Lieutenant Governor, Attorney General, Secretary of the Commonwealth, Treasurer and Receiver General, and Auditor. |
| **Unenrolled** | A term used to describe a registered voter who is not enrolled in any political party and who is often referred to as "independent." An unenrolled voter must run for office as a "non-party candidate" (see above). |