UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROY OWENS,

        Plaintiff,

v.

WILLIAM FRANCIS GALVIN, SECRETARY OF THE COMMONWEALTH; ELECTION DIVISION, et al.,

        Defendants.

2004 JUN -3 A II: 25

U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION
NO. 04-CV-11149-DPW

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as counsel for the state Defendant William Francis Galvin, Secretary of the Commonwealth.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

James J. Arguin (BBO No. 557350)
Assistant Attorney General
One Ashburton Place, Room 2019
Government Bureau
Boston, Massachusetts 02108-1698
(617) 727-2200, ext. 2074

Date: June 2, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 6-2-04.