UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


ROY OWENS,                         )
                                  )
            Plaintiff,            )
                                  )
     v.                           )
                                  )     CIVIL ACTION NO.
WILLIAM FRANCIS GALVIN,            )     04-11149-DPW
Secretary of the Commonwealth;    )
JOHN DONOVAN, Chairman of the     )
Boston Election Commission; and   )
the BOSTON ELECTION COMMISSION,   )
                                  )
            Defendants.


## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order dated

October 13, 2004 granting the Motion of the Defendant Secretary of

State to dismiss, and directing the dismissal of this action in its

entirety for the reasons stated therein, it is hereby ORDERED that

the above-entitled action be, and it hereby is, DISMISSED in its

entirety.

    All other pending motions in this action shall be terminated

as moot in view of the Memorandum and Order.

                              BY THE COURT,

                              /s/ Rebecca Greenberg
                              Deputy Clerk
Dated: October 13, 2004